1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  John F. Ross

7

8

9

10
                    **UNITED STATES DISTRICT COURT**
11
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13

14
   JOHN F. ROSS,                         ) Case No.: 2:13-cv-02127-CKD
15                                       )
              Plaintiff,                 ) STIPULATION TO EXTEND
16                                       ) BRIEFING SCHEDULE
         vs.                             )
17                                       )
   CAROLYN W. COLVIN, Acting             )
18 Commissioner of Social Security,      )
                                         )
19            Defendant                  )
                                         )
20 _____      )

21      TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE

22 JUDGE OF THE UNITED STATES DISTRICT COURT:

23      The parties hereby stipulate that plaintiff John Ross shall have an extension

24 of time from March 20, 2014, through and including April 21, 2014, in which to

25 file his motion for summary judgment, and that all subsequent deadlines set forth

26 in the Scheduling Order shall be extended accordingly.

                                    -1-

This is the parties' first request for an extension of time. Counsel for plaintiff needs to discuss certain substantive matters with plaintiff; however, plaintiff's indigency has made it difficult for counsel to communicate with plaintiff. Counsel respectfully requests that the Court grant this request for the proper prosecution and briefing of this matter.

IT IS SO STIPULATED.

DATE: March 27, 2014            Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                                BY: _____
                                    Young Cho
                                    Attorney for plaintiff JOHN F. ROSS


Date:  March 27, 2014           BENJAMIN B. WAGNER
                                United States Attorney

                                BY:  /s/ Tova D. Wolking_____
                                     Tova D. Wolking
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant CAROLYN W. COLVIN
                                     Acting Commissioner of Social Security

**ORDER**

Approved and so ordered:

Dated:  April 4, 2014

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE